COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No    01-12-00736-CV; *In re Z.L.W.*, A Child

On appeal from Trial Court Case No. 2011-04570J in the 314th District Court of Harris County, Texas.

On December 5, 2012, the appellee Texas Department of Family & Protective Services filed an unopposed motion to extend time to file an appellee's brief. We granted the motion to extend time until December 31, 2012. No further extensions to file will be granted in this case. *See* TEX. R. APP. P. 38.6.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                            Acting individually


Date: December 11, 2012